# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

HOWARD JONES,
ADC #76111                                                                                          PLAINTIFF

V.                                           4:11CV00909 SWW

STATE OF ARKANSAS                                                                         DEFENDANT

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 6th day of January 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE